Certificate Number: 05781-LAE-DE-041539009

Bankruptcy Case Number: 26-11696

05781-LAE-DE-041539009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2026, at 9:22 o'clock PM PDT, Vincent Lopez Iii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Louisiana.

Date: October 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President